# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| GAYDON LOWE and wife<br>MELISSA LOWE, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:08-cv-08<br>(Phillips) |
| FOUNTAIN FORESTRY, INC., | ) ) | |
| Defendants. | ) | |

## JUDGMENT ON DECISION BY THE COURT

The case came before the court on defendant's motion to strike plaintiffs' notice of voluntary dismissal [Doc. 4]. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendant's motion,

**IT IS ORDERED AND ADJUDGED** that the defendant's motion to strike [Doc. 4] is **DENIED**, whereby plaintiffs' claims against defendant Fountain Forestry, Inc., are **DISMISSED WITHOUT PREJUDICE**. Defendant's counter-claim is hereby **REMANDED** to the Chancery Court for Scott County, Tennessee, at Huntsville.

**IT IS SO ORDERED**.

**ENTER:**

                                         s/ Patricia L. McNutt
                                             Clerk of Court